UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHERINE ANNE WILLIAMSON,
    Plaintiff,

    v.

BILODEAU PROPERTY
MANAGEMENT, INC; and
WAYLAND SQUARE REALTY,
    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 23-262-JJM-PAS

### ORDER

This is a case brought by Catherine Anne Williamson against her landlord alleging violations of her rights—including damage from the presence of mold in her apartment. Ms. Williamson is self-represented. The Court has held settlement conferences and unfortunately Ms. Williamson could not accept any of the settlement offers from the Defendants. So, litigation ensued and Defendants have now moved to dismiss because of Ms. Williamson's failure to provide court-ordered discovery.

Defendants served their First Request for Production of Documents and First Set of Interrogatories on Ms. Williamson in August 2024. Shortly thereafter Ms. Williamson requested and was granted an extension of time to respond to Defendants' discovery requests. That extended time came and went with no production by Ms. Williamson. Defendants moved to compel on April 8, 2025 (ECF No. 75), which the Court granted as unopposed requiring Ms. Williamson to respond to all discovery requests within forty-five days—by November 24, 2025.

Ms. Williamson has not served any responses to Defendants' discovery requests or otherwise complied with this Court's Orders.

So, under Fed. R. Civ. P. 37(b)(2)(A)(v), the Court GRANTS Defendants' Motion to Dismiss (ECF No. 101) and dismisses Ms. Willaimson's Complaint against all Defendants.[1]

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____

JOHN J. MCCONNELL, JR.
Chief Judge
United States District Court

June 24, 2026

_____

[1] In dismissing the Complaint, the Court denies all other pending motions as moot—**ECF No. 101**: Motion to Dismiss For Failure to Comply with Court Order, Motion for Sanctions For Failure to Comply with Court Order; **ECF No. 99**: Motion for an Extension of Time to File Response/Reply as to 96 Response to Motion; **ECF No. 94**: Emergency Motion for Temporary Restraining Order, Emergency Motion for Preliminary Injunction; **ECF No. 91**: Motion for expedited re: 86 Motion for required protective stay; **ECF No. 89**: Motion to correct docket and to seal certain; ECF No. 88: Motion to Seal Filed; **ECF No. 87**: Motion to Seal proprietary materials Filed; **ECF No. 86**: Motion for required protective stay; **ECF No. 85**: Motion for leave to permit in camera chambers re of proprietary materials mentioned in motion; and **ECF No. 84**: Motion for leave to proceed in the exclusive jurisdiction of equity.